BEFORE THE THIRD DIVISION, MARCH 15, 1966

No. 69832.—R. J. Saunders & Co., Inc. *v.* United States, protest 65/8165 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of hyacinth bulbs similar in all material respects to those the subject of *Perryman, Mojonier Company* v. *United States* (55 Cust. Ct. 150, C.D. 2566), the claim of the plaintiff was sustained.